Al M. De La Cruz (State Bar No. 151388)
  *amd@manningllp.com*
Ladell H. Muhlestein (State Bar No. 96756)
  *lhm@manningllp.com*
Alina Sookasian (State Bar No. 311837)
  *aws@manningllp.com*
**MANNING & KASS**
**ELLROD, RAMIREZ, TRESTER LLP**
225 Broadway, Suite 1200
San Diego, California 92101
Telephone: (619) 515-0269
Facsimile: (619) 515-0268

Attorneys for Defendants DIN TAI FUNG
RESTAURANT  INC. and DIN TAI
FUNG (SF) RESTAURANT, LLC

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| JUANA GARCIA, individually and acting on behalf of a class of similarly situated individuals, and representing the State of California pursuant to the California Labor Code Private Attorneys General Act,<br><br>    Plaintiff,<br><br>    v.<br><br>DIN TAI FUNG RESTAURANT, INC., DIN TAI FUNG (SF) RESTAURANT, LLC, SELENA SOTO, and ANTONIO (LNU) individually; and DOES 1 through 40, inclusive,<br><br>    Defendants. | Case No. 5:20-cv-02919-BLF<br><br>**DEFENDANTS' RULE 3-16 DISCLOSURE OF INTERESTED ENTITIES OR PERSONS**<br><br>Judge:  Hon. Beth Labson Freeman |

Pursuant to Civil L.R. 3-16, the undersigned certifies that the following listed persons, associations of persons, firms, partnerships, corporations (including parent corporations) or other entities (i) have a financial interest in the subject matter in controversy or in a part to the proceeding , or (ii) have a non-financial interest in that subject matter or in a party that could be substantially affected by the outcome of this proceeding:

4836-4953-4402.1

1

Case No. 5:20-cv-02919-BLF

**DEFENDANTS' RULE 3-16 DISCLOSURE OF INTERESTED ENTITIES AND PERSONS**

Yang Living Trust owns 100% of defendant DIN TAI FUNG RESTAURANT INC.

Star Restaurant SF1 LLC and DTF ASSETS LLC own defendant DIN TAI FUNG (SF) RESTAURANT, LLC.

DATED:  July 8, 2020

**R**espectfully submitted,
**MANNING & KASS**
**ELLROD, RAMIREZ, TRESTER LLP**

By:    /s/ Ladell H. Muhlestein
Ladell H. Muhlestein
Attorneys for Defendants DIN TAI FUNG
RESTAURANT and INC., DIN TAI FUNG (SF)
RESTAURANT, LLC