Al M. De La Cruz (State Bar No. 151388)
  *amd@manningllp.com*
Alina Sookasian (State Bar No. 311837)
  *aws@manningllp.com*
**MANNING & KASS**
**ELLROD, RAMIREZ, TRESTER LLP**
225 Broadway, Suite 1200
San Diego, California 92101
Telephone: (619) 515-0269
Facsimile: (619) 515-0268

Attorneys for Defendants DIN TAI FUNG RESTAURANT and INC., DIN TAI FUNG (SF) RESTAURANT, LLC

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| JUANA GARCIA, individually and acting on behalf of a class of similarly situated individuals, and representing the State of California pursuant to the California Labor Code Private Attorneys General Act,<br><br>       Plaintiff,<br><br>    v.<br><br>DIN TAI FUNG RESTAURANT, INC., DIN TAI FUNG (SF) RESTAURANT, LLC, SELENA SOTO, and ANTONIO (LNU) individually; and DOES 1 through 40, inclusive,<br><br>       Defendants. | Case No. 5:20-cv-02919-BLF<br><br>**STIPULATION AND ORDER EXTENDING TIME WITHIN WHICH TO FILE A RESPONSIVE PLEADING**<br><br>Courtroom: 3<br><br>*Hon. Beth Labson Freeman* |

     COME NOW plaintiff JUANA GARCIA ("Plaintiff") and defendant SELENA SOTO ("defendant Soto") and enter into the following stipulation:

     WHEREAS defendant Soto's responsive pleading to Plaintiff's complaint is due July 29, 2020; and

     WHEREAS the complaint is unusually complex; and

1  WHEREAS there has been one previous extension of time as to this defendant; and

2  WHEREAS counsel met and conferred regarding the potential dismissal of defendant Soto;

3  WHEREAS on July 24, 2020, counsel for Plaintiff informed counsel for Defendant of
4  Plaintiff's unwillingness to voluntarily dismiss defendant Soto;

5  WHEREAS defendant Soto asked for a brief extension of time to file a responsive
6  pleading to provide defendant with sufficient time to prepare her motion to dismiss; and

7  WHEREAS a short extension of time within which to file a responsive pleading will not
8  prejudice Plaintiff;

9  WHEREAS counsel for the Plaintiff has agreed to provide defendant Soto with a 7 day
10  extension of time to file her responsive pleading;

11  NOW THEREFORE the parties hereby stipulate that defendant Soto may have an
12  extension of 7 days, to and including August 5, 2020, within which to file a responsive pleading to
13  Plaintiff's complaint.

15  DATED:  July 29, 2020                **MALLISON & MARTINEZ**

17                                         By:    /s/ Juan Gamboa
18                                                Stan Mallison
                                                  Hector R. Martinez
19                                                Juan Gamboa
                                                  Attorneys for Plaintiff JUANA GARCIA

21  DATED:  July 29, 2020                **MANNING & KASS**
22                                       **ELLROD, RAMIREZ, TRESTER LLP**

24                                         By:    /s/ Al M. De La Cruz
25                                                Al M. De La Cruz
                                                  Alina Sookasian
26                                                Attorneys for Defendants DIN TAI FUNG
                                                  RESTAURANT, INC., DIN TAI FUNG (SF)
27                                                RESTAURANT, LLC, and ANGELA SOTO

**ORDER**

Pursuant to the stipulation of the parties, IT IS HEREBY ORDERED that defendant SELENA SOTO may have an extension of 7 days to and including August 5, 2020 within which to file a responsive pleading to Plaintiff's complaint.

DATED: ~~July 29, 2020~~        By: /s/ Beth Labson Freeman
   July 30, 2020
                                  Hon. Beth Labson Freemen